## ROBERT ABBOTT, EXECUTOR, ETC., OF MARY ABBOTT, DECEASED, *versus* JAMES ABBOTT

JOURNAL ENTRIES (1822): *Journal 3:* (1) Motion to overrule decision *p. 352; (2) decision reversed *p. 368.
PAPERS IN FILE: (1) Precipe to enter appeal; (2) transcript of probate records; (3) copies of citations issued by probate judge; (4) reasons for appeal; (5) precipe for fi. fa.
*1822–23 Calendar*, MS p. 91. Recorded in *Book B*, MS pp. 203–206.